Pastor Lugo **GONZALEZ**, aka Martha Lugo Gonzalez; aka Patricia Lugo Gonzalez, Petitioner,

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–71823.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed July 24, 2008.

Jorge I. Rodriguez–Choi, Esq., Attorney at Law, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FARRIS, BEEZER, and HALL, Circuit Judges.

MEMORANDUM **

Pastor Lugo Gonzalez petitions for review of the Board of Immigration Appeals' ("BIA") order reversing the immigration

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's denial of the government's motion to terminate removal proceedings. Because the BIA's order does not constitute a final order of removal, we dismiss the petition for review for lack of jurisdiction. 8 U.S.C. § 1252; *Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002). Our order in no way affects the government's ability to commence reinstatement procedures. By the same token, our order in no way affects Petitioner's ability to avail herself of the remedies provided in 8 C.F.R. § 1241.8(e), if and when the government commences reinstatement procedures.

**DISMISSED.**

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.